# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:23-00013-04** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAMARCUS G JACKSON (04)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 125] previously filed herein, having thoroughly reviewed the record, notice the lack of objections filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Defendant's Motion to Suppress [Doc. No. 118] be **DENIED.**

THUS, DONE in Chambers on this 3rd day of October, 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE