# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:23-00013-04** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JAMARCUS G JACKSON (04)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Court has considered the Report and Recommendation of the Magistrate Judge [Doc. No. 125], and the written Objection [Doc. No. 136] filed by Defendant Jamarcus G. Jackson ("Jackson"). Jackson objects to the Report and Recommendations arguing that the factual findings and legal conclusions do not establish a nexus between 118 Cotton Bayou Lane and Jackson's alleged involvement in the instant methamphetamine conspiracy or his alleged possession of marijuana on the day of the search at 118 Cotton Bayou Lane shortly after his arrest. Jackson further objects to the Report and Recommendations to the extent that the factual findings and legal conclusions do not establish the affidavit set forth continuing criminal conduct by Jackson at 118 Cotton Bayou Lane in any temporally relevant time frame in relation to his arrest and to the search of said address.

After a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, including its findings of facts and conclusions of law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Suppress [Doc. No. 118] filed by Jackson is **DENIED**.

MONROE, LOUISIANA, on this 19th day of October, 2023.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE